IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USC CONSULTING GROUP, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) CA 6-624 |
| SYNERGETICS INSTALLATIONS WORLDWIDE, INC., | ) |

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this 28th day of **March, 2007**, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, ORDERED that the above-captioned action is DISMISSED *with prejudice* pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is consented to this **28th day of March, 2007.**

BY THE COURT:

*/s/ Donetta W. Ambrose*
Donetta W. Ambrose,
Chief U. S. District Judge

*/s/ Maria Brico Danaher*
Attorney for Plaintiffs

*/s/ [signature]*
Attorney for Defendant

_____
Attorney for Plaintiff

_____
Attorney for Defendant

1